IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT STRATTON,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 11-7860 |
| | : | |
| **BRIAN COLEMAN, et al.,** | : | |
| Respondent. | : | |
| | : | |

## O R D E R

**AND NOW**, this 29th day of February, 2012, upon consideration of the Petition for Writ of Habeas Corpus and the District Attorney's Response to the Habeas Petition, and after review of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation are **OVERRULEED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**;

4. No certificate of appealabilty shall issue;

5. The Clerk of Court shall close this matter for statistical purposes.

          **AND IT IS SO ORDERED.**

          */s/ Paul S. Diamond*_____
          Paul S. Diamond, J.